UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

KEITH JAMES,

      Plaintiff,

  -vs-

LARRY MALONE and
ESTES EXPRESS LINES, INC.,

      Defendants.                      No.   12-cv-43-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on August 13, 2012, this case is **DISMISSED** with prejudice.

                                      NANCY J. ROSENSTENGEL,
                                      CLERK OF COURT

                            BY:      /s/*Sara Jennings*
                                        **Deputy Clerk**

Dated:  April 15, 2013

                              Digitally signed by
                              David R. Herndon
                              Date: 2013.04.15
APPROVED:               12:05:04 -05'00'
            CHIEF JUDGE
            U. S. DISTRICT COURT